In the Matter of the Accounting of CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of and Trustee under the Will of SAMUEL C. HILDRETH, Deceased, Appellant. MARY E. HILDRETH, Respondent.

Argued May 24, 1950; decided October 12, 1950.

*Francis S. Bensel, Albert Stickney, Albert B. Maginnes* and *Arthur W. Siegrist* for appellant.

*Leo P. Dorsey* and *Peter Keber* for New York State Bankers Association, *amicus curiæ,* in support of appellant's position.

*Edward Lazansky, Frederick L. Kane, Gerard C. Durr* and *Stephen D. Finale* for respondent.

Order affirmed, with costs payable by the appellant personally. Motion to dismiss appeal denied. No opinion.

Concur: Loughran, Ch. J., Lewis, Conway, Desmond, Dye, Fuld and Froessel, JJ.